# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TSEGLIN, et al., | NO. SA CV 10-1060 SVW (FMO) |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

By order dated July 21, 2010, plaintiffs were ordered to serve the summons and complaint ("Complaint") on all named defendants in this action within sixty (60) days of the filing of the Complaint, which was filed on July 13, 2010.  It appears from the record that plaintiffs have failed to complete service as ordered or file the proof of service.  Nor have plaintiffs filed a request for an extension of time in which to do so.

Accordingly, **IT IS HEREBY ORDERED THAT**, **on or before November 1, 2010,** plaintiffs shall show cause, if any there be, why this action should not be dismissed for plaintiffs' failure to complete service of the summons and complaint as required by Rule 4(m), Federal Rules of Civil Procedure.  **Plaintiffs shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury.[1]  Failure timely to file such a declaration or to show cause**

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.

1  **as ordered may result in dismissal of this action for failure to prosecute. Filing of the proof**
2  **of service shall be a satisfactory response to the Order to Show Cause.**
3  **IT IS SO ORDERED.**
4  Dated this 12th day of October, 2010.

/s/
Fernando M. Olguin
United States Magistrate Judge