# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TSEGLIN, et al., | NO. SA CV 10-1060 SVW (FMO) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| POWAY UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

IT IS ADJUDGED that plaintiffs' state law claims in the above-captioned action are dismissed without prejudice, and all other claims are dismissed with prejudice.

DATED: December 20, 2011.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE